UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYVIEW LOAN SERVICING, LLC.,

        Plaintiff,

v.

FREDERIC SPEED,

        Defendant.

_____/

CASE NO. 10-11631

HON. GEORGE CARAM STEEH

## ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT (#6), AND DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (#9)

A Rule 16 conference was conducted this date and the parties appeared on the record. For the reasons stated on the record, the court hereby sets aside the clerk's entry of default and accepts the late filed answer to the complaint as defendant's answer in this matter. Plaintiff's motion for entry of default judgment is therefore DENIED.

Discovery shall be allowed as discussed by the parties, including discovery of defendant's financial circumstances.

IT IS SO ORDERED.

Dated: July 7, 2010

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
July 7, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk