UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYVIEW LOAN SERVICING, LLC,

        Plaintiff(s),

vs.

Case No. 10-11631

HON. GEORGE CARAM STEEH

FREDERIC SPEED,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 18, 2010 the parties of record advised the court that a settlement had been reached and there being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: November 30, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
November 30, 2010 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk