IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BAYVIEW LOAN SERVICING, LLC,
a Delaware limited liability company,

  Plaintiff,

v

FREDRIC SPEED, an individual,

  Defendant.

Case No. 2:10-cv-11631

Hon. George Caram Steeh

_____

| | |
|---|---|
| Potestivo & Associates, P.C. | Fredric Speed |
| By: Paul Poles (P73138) | *In Pro Per* Defendant |
|  Chantelle R. Neumann (P70569) | 3615 N. Saginaw St. |
| Attorneys for Plaintiff | Flint, MI 48505 |
| 811 South Blvd. E., Suite 100 | |
| Rochester Hills, MI 48307 | |
| (248) 853-4400 | |

_____

## **CONSENT JUDGMENT**

This matter coming via a fully executed stipulation by the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY STIPULATED** that Judgment in favor of the Plaintiff and against Defendant should be granted in the amount of One Hundred Eighty Thousand Six Hundred Fifty-Two Dollars and 68/100 ($180,652.68) together with interest in the amount of $67.11 per diem from the date of April 2, 2010 to November 3, 2010, plus costs and other allowable fees and costs.

The calculated interest for the referenced time period is equal to Fourteen Thousand Four Hundred Twenty-Eight Dollars and 65/100 ($14,428.65) (215 Days @ $67.11 per day). Costs

and fees associated with this matter include the $350.00 filing fee and a $70.00 Process Server fee. Therefore, the total sum of monies due as of November 3, 2010 is One Hundred Ninety-Five Thousand Five Hundred One Dollars and 33/100 ($195,501.33). Following entry of this judgment, post-judgment interest shall accrue on the balance due according to statutory interest rates until the discounted payoff is paid in full or unless otherwise resolved by order of this Court.

**IT IS HEREBY ORDERED** that a Judgment in favor of the Plaintiff and against the Defendant is hereby granted in the amount of One Hundred Ninety-Five Thousand Five Hundred One Dollars and 33/100 ($195,501.33) which shall accrue post-judgment interest at statutorily defined interest rates until the balance is paid in full or unless otherwise resolved by order of this Court.

This resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

Dated: December 16, 2010

                                                   s/George Caram Steeh
                                                  United States District Court Judge

Stipulated and Agreed as to form and entry:


Dated: December 14, 2010                  /s/ Paul Poles
                                                 Paul Poles (P73138)
                                                 Attorney for Plaintiff


Dated: December 8, 2010                   /s/ Fredric Speed
                                                 Fredric Speed, Defendant